JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINGJING ZHOU,<br><br>      Plaintiff,<br><br>      v.<br><br>KRISTI NOEM[1], SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY ET AL,<br><br>      Defendants. | Case No. 2:24-cv-05096-CBM-MBK<br><br>**ORDER RE NOTICE OF DISMISSAL [22]**<br><br>[Fed. R. Civ. P. 41(a)(2)]<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

    Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff on July 8, 2025 (Dkt. #22) and Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action is hereby dismissed with prejudice in its entirety with each party bearing its own costs, fees, and expenses.

    IT SO ORDERED.

    Dated: July 24, 2025

                            HONORABLE CONSUELO B. MARSHALL
                            UNITED STATES DISTRICT JUDGE

---

[1] Kristi Noem is substituted for Alejandro Mayorkas as party in this action. *See* Fed.R.Civ. 25(d).

1